No. 10-7957. Guillermo Chavez-Rodriguez, Petitioner v. United States.

562 U.S. 1192, 131 S. Ct. 1029, 178 L. Ed. 2d 851, 2011 U.S. LEXIS 662.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 10-7959. Esteban Rodriguez-Lopez, Petitioner v. United States.

562 U.S. 1192, 131 S. Ct. 1030, 178 L. Ed. 2d 851, 2011 U.S. LEXIS 658.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 395 Fed. Appx. 112.

No. 10-7961. Timothy L. Washington, Petitioner v. United States.

562 U.S. 1192, 131 S. Ct. 1030, 178 L. Ed. 2d 851, 2011 U.S. LEXIS 661.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 394 Fed. Appx. 155.

No. 10-7964. Melvin Lutcher, Petitioner v. United States.

562 U.S. 1192, 131 S. Ct. 1030, 178 L. Ed. 2d 851, 2011 U.S. LEXIS 665.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

No. 10-7970. Christopher James McGee, Petitioner v. United States.

562 U.S. 1192, 131 S. Ct. 1030, 178 L. Ed. 2d 851, 2011 U.S. LEXIS 667.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 397 Fed. Appx. 262.

No. 10-7976. Abram Josiah Sprenger, Petitioner v. United States.

562 U.S. 1192, 131 S. Ct. 1030, 178 L. Ed. 2d 851, 2011 U.S. LEXIS 618.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 625 F.3d 1305.

No. 10-7978. Noel Clive, Petitioner v. United States.

562 U.S. 1192, 131 S. Ct. 1031, 178 L. Ed. 2d 851, 2011 U.S. LEXIS 708.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

No. 10-7982. Joshua David Houdersheldt, Petitioner v. United States.

562 U.S. 1192, 131 S. Ct. 1031, 178 L. Ed. 2d 851, 2011 U.S. LEXIS 656.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 395 Fed. Appx. 66.